UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1019

CARL L. LIVESAY,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-97-834)

Submitted:  March 11, 1999          Decided:  March 18, 1999

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carl L. Livesay, Appellant Pro Se.  Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia; Robert William Flynn, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl Livesay appeals the district court's order granting the Defendant's motion for summary judgment in Livesay's action for disability benefits. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Livesay v. Apfel</u>, No. CA-97-834 (E.D. Va. Oct. 29, 1998). We also deny Livesay's request in his informal brief for a summary of the district court's "SS Disability Decisions" for the past fifteen years. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2